UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
412 UNITED STATES COURTHOUSE
515 W. FIRST ST.
DULUTH, MINNESOTA 55802

CHAMBERS OF
HON. RAYMOND L. ERICKSON

PHONE
(218) 529-3520
FAX
(218) 529-3529

October 10, 2001

To: Mr. Scott K. Goldsmith
Goldsmith & Assoc.
333 7th St.
Suite 2350
Minneapolis, MN 55402

**LETTER ORDER**

Re: Beehler v. Meritcare Medical Group
Civ. No. 00-2172 (JMR/RLE)

Dear Counsel:

On September 28, 2001, you filed a Notice of Motion and Motion to Modify Pretrial Scheduling Order [Docket No. 35] in the above-entitled action. The Motion has been stricken because it is in non-compliance with Local Rule 7.1(a) (non-dispositive motion practices).

You are to assume responsibility to properly file all required documents, and to arrange with Victoria L. Miller, Calendar Clerk to Magistrate Judge Raymond L. Erickson, for scheduling a hearing on the Motion.

**The Clerk of Court is directed to strike the Motion [Docket No. 35].**

Raymond L. Erickson
United States Magistrate Judge

cc: Clerk of Court
Mr. Robert J. Udland/Ms. Lisa Edison-Smith

FILED OCT 10 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______